**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 26 Cr. 207 (RMB) |
| | **ORDER** |
| SETH COLON, | |
| Defendant. | |

The current release order, dated June 4, 2026, of Magistrate Judge Gary Stein is stayed pending the Court's review.

The Government's written submission is to be filed by noon on June 10, 2026; the Defense's written response/submission is to be filed by noon on June 12, 2026. Oral argument will be held at 10:30 a.m. on June 16, 2026 in courtroom 17B.

Date:   June 8, 2026
New York, New York


_____
**RICHARD M. BERMAN, U.S.D.J.**