**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                       :

                  Government,      :      26 CR. 207 (RMB)
                                       :

       - against -              :      **ORDER**
                                       :

                                       :
SETH COLON,                     :
                                       :

                 Defendant.      :
---------------------------------------------------------------x

The bail review hearing scheduled for Tuesday, June 16, 2026 at 10:30 A.M. will take place in Courtroom 17B.

Dated: June 10, 2026
      New York, NY

_____
      RICHARD M. BERMAN
         U.S.D.J.