UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA : 1:26CR00207

-against- : ORDER

Seth Colon

Defendant

-------------------------------------X

The Honorable Richard M. Berman, United States District Judge:

It is hereby ORDERED the defendant's bail is modified to include: home detention enforced by location monitoring with location monitoring component to be at the discretion of Pretrial Services.

Dated: New York, New York
August 11, 2026

SO ORDERED:

Richard M. Berman

Richard M. Berman
United States District Judge